# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1476, A21A1477, A21A1633, A21A1634. LEVENTHAL v. CHOATE CONSTRUCTION COMPANY.**

In the above-referenced appeals, Appellant Scott L. Leventhal has filed a Notice of Bankruptcy and Suggestion of Automatic Stay pursuant to 11 U.S.C. § 362. This Court is constitutionally required to dispose of every case at the term of court for which it is entered on the court's docket for hearing or at the next term of court. See Ga. Const. of 1983, Art. VI, Sec. IX, Par. II. Accordingly, this Court does not have the power to stay a case. We therefore remand these cases to the trial court until the stay of proceedings is lifted. See *Boardman v. Brenninkmeijer*, 328 Ga. App. 882, 882-883 (763 SE2d 267) (2014). At that time, Leventhal may re-institute the appeals by filing new Notices of Appeal in the trial court within 30 days of the date of the entry of the order in the bankruptcy court lifting the stay.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  09/22/2021*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*